# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: In re Baby Products Antitrust

USCA NO.: 12-1165

LOWER COURT or AGENCY and DOCKET NUMBER:
Eastern District of Pennsylvania   2:06-cv-00242, 2:09-cv-6151

NAME OF JUDGE: Anita Brody

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

A putative class sued retailer Babies "R" Us, Inc., and a number of baby products manufacturers for alleged Sherman Act violations. Over the objections of appellant Kevin Young and several other class members, the court approved a class action settlement that would pay less than $8.1 million to class members, approximately $13 million to as-yet-to-be-identified third-party "cy pres" charity recipients, and approximately $14 million to the attorneys.

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

1. Amended Final Order and Judgment Approving Settlement and Certifying Settlement Subclasses filed on December 21, 2011 (2:06-cv-00242 ECF No. 792)

2. Amended Corrected Order Awarding Fees filed on December 21, 2011 (2:06-cv-00242 ECF No. 791)

3. Allocation Order filed on December 21, 2011 (2:06-cv-00242 ECF No. 789)

4. Memorandum filed on December 21, 2011 and amended January 4, 2012 (2:06-cv-00242 ECF No. 793)

CONCISE SUMMARY OF THE CASE (cont.)

Provide a short statement of the factual and procedural background which you consider important to this appeal:

A putative class sued retailer Babies "R" Us, Inc., and a number of baby products manufacturers for alleged Sherman Act violations. Over the objections of appellant and several other class members, the court approved a class action settlement that would pay less than $8.1 million to class members, over $13 million to as-yet-to-be-identified third-party "cy pres" charity recipients, and approximately $14 million to the attorneys. Class members had to go through a claims process to recover any money; the claims process was sufficiently burdensome that very few class members filed claims. The settlement was structured so that many class members' payments would be capped at $5, a small fraction of the alleged damages. The court failed to make findings about the actual amount that would be paid to the class; "$8.1 million" is an improbable maximum amount, and the actual amount is likely less than half of that.

Identify the issues to be raised on appeal:

Inter alia,

1. May a settlement be structured to distribute more money to cy pres recipients than to class members, when that settlement pays many class members a token $5 payment that is only a small fraction of their alleged damages, and many class members were likely deterred from seeking claims because of the relative burden of making a claim for only $5?

2. May a settlement be approved when it calls for distribution of millions of dollars to cy pres recipients without notice to the class of the charities' identities?

3. Is it an abuse of discretion to award 40% of a common fund to class attorneys when that results in a payment to class attorneys several million dollars more than their putative clients received without full compensation to the class, and when notice and settlement administration expenses were paid from the common fund?

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this  27th  day of  January  ,20 12 .

/s/ Theodore H. Frank

Signature of Counsel

Rev. 04/2010

2