UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 12-1165, 12-1166 & 12-1167
_____

IN RE  BABY PRODUCTS ANTITRUST LITIGATION

Kevin Young, Appellant (No. 12-1165)

Clark Hampe, Appellant (No. 12-1166)

Allison Lederer, Appellant (No. 12-1167)
_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action Nos. 2-06-cv-00242 / 2-09-cv-06151)
District Judge: Honorable Anita B. Brody
_____

Argued September 19, 2012

Before AMBRO, GREENAWAY, JR., and O'MALLEY,[*] Circuit Judge

## JUDGMENT

These causes came on to be heard on the record before the United States District Court for the Eastern District of Pennsylvania and were argued on September 19, 2012.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the orders and judgment of the District Court dated December 21, 2011, are hereby vacated and the case remanded to the District Court.  Costs taxed against Appellees.  All of the above in accordance with the opinion of this Court.

ATTEST

/s/ Marcia M. Waldron
Clerk

Dated:		February 19, 2013

---

[*] Honorable Kathleen M. O'Malley, United States Court of Appeals for the Federal Circuit, sitting by designation.

12-1265
In Re: Baby Products Antitrust, et al.
Page two

```
Costs taxed in favor of Appellant, Kevin Young, as  follows:
Docketing Fee:                              $ 450.00
Brief:                                        268.80
Appendix:                                     610.50
Reply Brief:                                  147.00
Oral Argument Transcript:                     423.00
TOTAL:                                      $1899.30
```

**Certified as a true copy and issued in lieu
of a formal mandate on** _3/13/13_

**Teste:** *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**