NOS. 12-1165(L); 12-1166; 12-1167

In The

# United States Court of Appeals
## For The Third Circuit

# IN RE: BABY PRODUCTS ANTITRUST LITIGATION

ON APPEAL FROM ORDERS ENTERED DECEMBER 21, 2011
IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA,
CIVIL DOCKET NOS. 06-00242-AB and 09-06151-AB

**OBJECTION TO APPELLANT'S BILL OF COSTS BY TOYS "R" US, INC., TOYS "R" US-DELAWARE, INC., BABIES "R" US, INC., BABYBJÖRN, AB, BRITAX CHILD SAFETY, INC., KIDS LINE, LLC, MEDELA, INC., PEG PEREGO U.S.A., INC., and REGAL LAGER, INC.**

Pursuant to Federal Rule of Appellate Procedure 39(d)(2) and Third Circuit Local Appellate Rule 39.3, Toys "R" Us, Inc., Babies "R" Us, Inc., Toys "R" Us-Delaware, Inc., BabyBjörn AB, Britax Child Safety, Inc., Kids Line, LLC, Medela, Inc., Peg Perego U.S.A., Inc., and Regal Lager, Inc. (collectively, "Appellee-Defendants") hereby respond and object to the Bill of Costs submitted by Appellant Kevin Young ("Young").[1]

---

[1] Young 's Bill of Cost was served electronically on March 4, 2013. Therefore, Appellee-Defendants' objection is timely filed. See Fed. R. App. P. 26(c) (three additional days added to response time when document is served electronically); Fed. R. App. P. 39(d)(2).

Local Rule 39.3 sets forth the maximum rate for taxing the costs of preparing appellate briefs and appendices. See 3d Cir. L.A.R. 39.3(c). Specifically, the Local Rule provides that the maximum taxable cost per page for photocopying (whether in-house or commercial) is $0.10 and the maximum taxable cost per page for reproduction (whether by offset or typography) is $4.00. See id. Costs are taxable at these rates or at actual rates, whichever is less. See id.

Young's Bill of Costs seeks to tax Appellee-Defendants at rates applicable to documents "Produced by Reproduction." See Bill of Costs. Yet, the invoices[2] annexed to the Bill of Costs do not support Young's representation that the Brief, Reply Brief or Joint Appendix were produced by offset printing or typography.[3] Thus, although the Invoices show that Young was charged $0.35 per page, the maximum taxable cost per page for photocopying all three documents is $0.10. See 3d Cir. L.A.R. 39.3(c). Likewise, there is no support in the Invoices for taxing Appellee-Defendants for cover pages or bindings. There are no charges on the Invoices for these items.

Appellee-Defendants, therefore, object to Young's Bill of Costs to the extent it seeks to tax costs against Appellees-Defendants:  (i) at a rate of more than

---

[2] See Opening Brief Invoice, dated April 25, 2012, Reply Brief Invoice, dated July 6, 2012, and Joint Appendix Invoice, dated April 23, 2012 (collectively, the "Invoices"), annexed as Exhibits to the Bill of Costs.

[3] Moreover, the "Total Cost" computations reflected in the Bill of Costs for the Brief, Reply Brief and Joint Appendix are mathematically incorrect.

$0.10 per page for copying the Brief, Reply Brief or Joint Appendix; and (ii) for cover pages or bindings. Additionally, Appellees-Defendants respectfully request that Young's Bill of Costs be reduced according to the following chart for a total maximum taxable cost of $1092.30:

| **COST TAXABLE**<br>Fed. R. App. P. 39(e) | **DOLLAR AMOUNT**<br>L.A.R. 39.3(c) | | | |
|---|---|---|---|---|
| | **No. of Copies** | **Pages per Copy** | **Cost per Page** | **Total Cost** |
| Docketing Fee $450 | | | | $450 |
| Brief | 12 | 64 | $0.10 | $76.80 |
| Reply Brief | 12 | 35 | $0.10 | $42.00 |
| Joint Appendix | 4 | 510 | $0.10 | $100.50[4] |
| Oral Argument Transcript | | | | $423 |
| | | | **TOTAL** | $1092.30 |

Respectfully submitted,

**REED SMITH LLP**

*/s/ Melissa Rubenstein*
Melissa Rubenstein
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
215-851-8100 (Telephone)
215-851-1420 (Facsimile)

---

[4] Plaintiffs-Appellees already contributed $103.50 towards the copying costs for the Joint Appendix.

Mark L. Weyman
599 Lexington Avenue
New York, NY 10022
(212) 521-5400 (Telephone)
(215) 521-5450 (Facsimile)

*Counsel for Appellees-Defendants Toys "R" Us, Inc., Toys "R" Us-Delaware, Inc. and Babies "R" Us, Inc.*

*/s/ Neil E. McDonell*
Neil E. McDonell
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

*Counsel for Appellee-Defendant BabyBjörn AB*

*/s/ Margaret M. Zwisler*
Margaret M. Zwisler
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

*Counsel for Appellee-Defendant Britax Child Safety, Inc.*

*/s/ Michael Hahn*
Michael Hahn
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068

*Counsel for Appellee-Defendant Kids Line, LLC*

*/s/ Carolyn H. Feeney*
George G. Gordon
Carolyn H. Feeney
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

*Counsel for Appellee-Defendant Medela, Inc.*

*/s/ Kendall Millard*
Kendall Millard
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46202

*Counsel for Appellee-Defendant Peg Perego U.S.A., Inc.*

*/s/ David Martin*
David Martin
D. R. Martin, LLC
5200 Peachtree Road
Suite 3116
Atlanta, Georgia 30341

*Counsel for Appellee-Defendant Regal Lager, Inc.*

Dated: March 18, 2013

# **CERTIFICATE OF SERVICE**

I certify that, on March 18, 2013, I served one true and correct copy of the foregoing Objection to Appellant's Bill of Costs by ECF addressed as follows:

| | |
|---|---|
| Eugene A. Spector<br>William G. Caldes<br>Spector, Roseman, Kodroff & Willis, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br><br>Co-Lead Counsel for Appellees-Plaintiffs | Mary Jane Fait<br>Wolf Haldenstein Adler Freeman & Herz LLC<br>55 W. Monroe Street, Suite 1111<br>Chicago, IL 60603<br><br>Co-Lead Counsel for Appellees-Plaintiffs |
| Elizabeth Fegan<br>Hagens Berman Sobol Shapiro, LLP<br>60 West Randolph Street, Suite 200<br>Chicago, IL 60601<br><br>Co-Lead Counsel for Appellees-Plaintiffs | Neil E. McDonell<br>Dorsey & Whitney LLP<br>250 Park Avenue<br>New York, NY 10177<br><br>Counsel for BabyBjörn, AB |
| David Martin<br>D. R. Martin, LLC<br>5200 Peachtree Road<br>Suite 3116<br>Atlanta, Georgia 30341<br><br>Counsel for Regal Lager, Inc. | Margaret M. Zwisler<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br><br>Counsel for Britax Child Safety, Inc. |

| | |
|---|---|
| Michael Hahn<br>Lowenstein Sandler<br>65 Livingston Avenue<br>Roseland, NJ 07068<br><br>Counsel for Kids Line, LLC | Theodore Frank<br>Daniel Greenberg<br>Center for Class Action Fairness<br>1718 M Street, N.W., No. 236<br>Washington, DC 20036<br><br>Counsel for Objector Kevin Young |
| George G. Gordon<br>Carolyn H. Feeney<br>Joseph A. Tate<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br><br>Counsel for Medela, Inc. | Christopher A. Bandas<br>Bandas Law Firm, P.C.<br>500 N. Shoreline, Ste. 1020<br>Corpus Christi, TX 78401-0353<br><br>Counsel for Objector Clark Hampe |
| Kendall Millard<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46202<br><br>Counsel for Peg Perego U.S.A., Inc. | James H. Price<br>Lacy, Price & Wagner<br>249 North Peters, Road, Suite 101<br>Knoxville, TN 37923<br><br>Counsel for Objector Allison Lederer |

/s/ Melissa Rubenstein
Melissa Rubenstein